UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20279-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,
v.

STANISLAV PAVLENKO, ISAAC
FELDMAN, ALBERT TAKHALOV,
KRISTINA TAKHALOV, AND
SIAVASH ZARGARI,

    Defendants.
_____/

## OMNIBUS ORDER

THIS MATTER is before the Court on the Government's Motions to Dismiss Counts from the Indictment [ECF Nos. 779, 814]; the Government's Motion in Limine [ECF No. 780]; Albert Takhalov's Motion in Limine [ECF No. 787]; Isaac Feldman's Motions in Limine [ECF Nos. 807, 808]; and Kristina Takhalov's Motion in Limine [ECF No. 793]. The Court heard argument on these motions prior to jury selection on October 9, 2012.

Consistent with the rulings made in open court, and for the reasons stated on the record following argument by the parties, it is hereby **ORDERED and ADJUDGED** as follows:

### Government's Motions to Dismiss Counts of Indictment

The Government's Motions to Dismiss [ECF Nos. 779, 814] are both **GRANTED**. Counts 2, 3, 28, 32-37, 46, and 50-53 are dismissed from the Indictment.

### Government's Motion In Limine

The Government's Motion in Limine [ECF No. 780] is **GRANTED** as to those tape recorded statements of D.B. that were not made in the presence of Officer King. The Motion is **DENIED** as to any tape recorded statements between D.B. and Officer King. The Court **DEFERS RULING** as to any statements made by D.B. in the presence of Officer King. The Motion is also **GRANTED**, by agreement of the parties, as to any unsubstantiated or unproven conduct by Officer King.

As to the issue of prior sexual relationships or histories of the victims, the Motion is **GRANTED**, except as to John Bolaris. As to Bolaris, the Motion is **DENIED** as to past conduct about which he made published statements.

**Defendants' Motions In Limine**

Albert Takhalov's Motion in Limine [ECF No. 787] is **DENIED**. The Court will give a limiting instruction, if requested.

Isaac Feldman's first Motion in Limine [ECF No. 807] is **GRANTED** as to item 2.a., by agreement of the parties. As to items 2.b. through 2.f., the Motion is **GRANTED**. There shall be no references to the Russian Mafia in the Government's case in chief.

Isaac Feldman's second Motion in Limine [ECF No. 808] is **DENIED**. The Court will give a limiting instruction, if requested.

Kristina Takhalov's Motion in Limine [ECF No. 793] is **DENIED**. The Court will give a limiting instruction, if requested.

**DONE and ORDERED** in Chambers at Miami, Florida on October 10, 2012.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of Record